# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE JACQUOT, et al., | Case No. 1:17-cv-00331-DAD-SKO |
| Plaintiffs, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | **(Doc. 6)** |
| LOIS M. YAKLIGIAN, as Trustee of Yakligian Family Trust Dated February 12, 2001, et al., | |
| Defendants. | |

On May 25, 2017, Plaintiffs filed a Notice of Voluntary Dismissal, in which Plaintiffs notify the Court of the dismissal of this action with prejudice. (Doc. 6.) Plaintiffs filed this notice before an opposing party served either an answer or a motion for summary judgment.[1] As such, Plaintiffs have voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **May 29, 2017**         /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] On May 30, 2017, the parties filed a joint Stipulation to Extend Time to Respond to Initial Complaint by No More Than 30 Days (the "Stipulation"). (Doc. 5.) The Court notes that this Stipulation was mislabeled on the docket for this case as an "Answer." The Court therefore DIRECTS the Clerk to correct the docket entry for this Stipulation to reflect that it is a stipulation for an extension of time to respond to the Complaint and not an answer to the Complaint.